

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. PD-1066-16

JOSEPH NEAL JONES, Appellant

v.

THE STATE OF TEXAS

FILED

1/25/2017

Twelfth Court of Appeals
Pam Estes
Clerk

ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
FROM THE 12TH COURT OF APPEALS
TYLER TEXAS

**PER CURIAM. KEASLER and HERVEY, JJ., dissent.**

ORDER

The petition for discretionary review violates Rule of Appellate Procedure 68.4(i), because it does not contain a complete copy of the opinion of the court of appeals.

The petition is struck. See Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: January 25, 2017
Do Not Publish